IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH WOOD, 6821,  )
    Petitioner,  )
                              )
      v.  )    2: 15-cv-1284
                              )
MIKE WENEROWICZ, et al.,  )
    Respondents.  )

## ORDER

AND NOW, this 14th day of April, 2016, for the reasons set forth in the Memorandum filed this date,

IT IS ORDERED that the petition of Keith Wood (ECF No. 1) is DISMISSED, and because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is DENIED.

The petitioner is advised that if he seeks to appeal this decision, he must do so within thirty (30) days of this date. F.R.App.P. 4(a)(1).

                                                        s/ Robert C. Mitchell
                                                        United States Magistrate Judge